IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| SUNSET POINT II TIMESHARE | ) | CHAPTER 7 |
| CONDOMINIUM ASSOCIATION, | ) | CASE NO. 17-81007 |
| INC., | ) | |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF ADDRESS CHANGE

COMES NOW, the Trustee, through undersigned counsel, and notifies the court of a change of address for one of the timeshare owners of the Debtor:

<u>New Address</u>
DAVID & EULA GREGORY
345 BELL QUARTERS ROAD
SHORTER, AL 36075

        Respectfully submitted,

        PARNELL & PARNELL, P.A.


        /s/ Charles N. Parnell, III
        By:  CHARLES N. PARNELL, III
        Attorney for Trustee

OF COUNSEL:
PARNELL & PARNELL, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200