IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CHAPTER 7

SUNSET POINT II TIMESHARE
CONDOMINIUM ASSOCIATION, INC.

               Debtor(s)                CASE NO. 17-81007

REPORT OF UNCLAIMED FUNDS

Comes now Cecil M. Tipton, Jr., Trustee of the estate in the above named Debtor, and reports(s) to the Court as follows:

1. Various checks have been drawn upon the funds of the above referenced estate pursuant to orders of the Court. Certain of these checks have been negotiated by the payees.

2. There have been, however, checks drawn upon these estate funds that were not negotiated by the payees, and payment has been stopped on these checks. The following is a list of all known names and addresses of persons and amounts, which are entitled to be paid from the remaining property of the estate, pursuant to Bankruptcy rule 3011.

| Name | Address | Amount |
|---|---|---|
| David & Eula Gregory | 345 Bell Quarters Road<br>Shorter, AL 36075 | $9,280.00 |
| Ricky & Teresa Cooper | 24410 Saxson Ct<br>Daphne, AL 36526 | $3,635.00 |

Checks have been mailed to J.C. Guerrero, Clerk in the above sums, which represent the total of said unclaimed funds, pursuant to Section 347(a). In addition, please be advised that, including the checks to the Clerk, there are no remaining funds of this estate being held in trust.

DATED this 22nd day of October, 2020.

                                                /s/ Cecil M. Tipton, Jr.
                                                CECIL M. TIPTON, JR., TRUSTEE
                                                606 AVENUE A
                                                OPELIKA, AL 36801
                                                ceciltip@outlook.com
                                                (334) 742-9400