RECEIVED
FEB 0 1 2021
United States Bankruptcy Court
Middle District of Alabama

FILED
FEB 0 1 2021
United States Bankruptcy Court
Middle District of Alabama

| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Sunset Point II Timeshare |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the Middle District of Alabama

Case number: 17-81007

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 3,635.00 |
|---|---|
| Claimant's Name: | Ricky & Teresa Cooper |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 506 Spanish Main<br>Spanish Fort, AL 36527<br>251-490-5060<br>coopt;60@aol.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1-27-2021

Signature of Applicant: *[signed]*

Printed Name of Applicant: Ricky W Cooper

Address: 506 Spanish Main, Spanish Fort, AL 36527

Telephone: 251-621-7098

Email: rick.cooper@columbiasouthern.edu

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1-27-2021

Signature of Co-Applicant (if applicable): *Teresa W Cooper*

Printed Name of Co-Applicant (if applicable): Teresa W Cooper

Address: 506 Spanish Main, Spanish Fort, AL 36527

Telephone: 251-490-5060

Email: cooptj60@aol.com

### 6. Notarization

STATE OF Alabama
COUNTY OF Baldwin

This Application for Unclaimed Funds, dated 1-27-2021 was subscribed and sworn to before me this 27th day of January, 2021 by Ricky W. Cooper who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public *Ashley Kick*

My commission expires:

ASHLEY KICK
Notary Public, Alabama State At Large
My Commission Expires 7/26/2021

### 6. Notarization

STATE OF Alabama
COUNTY OF Baldwin

This Application for Unclaimed Funds, dated 1-27-2021 was subscribed and sworn to before me this 27th day of January, 2021 by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public *Ashley Kick*

My commission expires:

ASHLEY KICK
Notary Public, Alabama State At Large
My Commission Expires 7/26/2021